## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

---

**JATESE WILLIAMS**,              **Civil File No. 2:12-cv-02585-JWL-KMH**

      Plaintiff,

vs.                                           **NOTICE OF DISMISSAL**
                                              **WITH PREJUDICE**

**SOURCE RECEIVABLES MANAGEMENT, LLC**,

      Defendant.

---

    **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                Respectfully submitted,

Dated: <u>November 5, 2012</u>              By: <u>/s/ J. Mark Meinhardt</u>
                                              J. Mark Meinhardt, # 20245
                                              9400 Reeds Road, Suite 210
                                              Overland Park, Kansas 66207
                                              Telephone:    (913) 451-9797
                                              Facsimile:    (913) 451-6163
                                              Email:        <u>Mark@meinhardtlaw.com</u>
                                              **ATTORNEY FOR PLAINTIFF**